UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-CV-0162-WJM-STV

ALESSANDRA MORALES, Esq.,

    Plaintiff,

v.

MCDIVITT LAW FIRM, P.C., LAW FIRM OF MICHAEL W. MCDIVITT, P.C., and MICHAEL W. MCDIVITT, Esq.,

    Defendants.

---

**MOTION TO LEAVE TO RESTRICT ACCESS TO UNREDACTED VERSION OF FIRST AMENDED COMPLAINT AND JURY DEMAND [DOCUMENT NO. 32] UNDER SEAL PURSUANT TO F.R.C.P. 5.2(f)**

---

Plaintiff Alessandra Morales ("Plaintiff" or "Mrs. Morales"), by and through her undersigned counsel, Clayton E. Wire and Emily R. Stevens of Ogborn Mihm, LLP, files the present Motion to File Unredacted Version of First Amended Complaint and Jury Demand (Document No. 32) Under Seal Pursuant to F.R.C.P. 5.2(f).

1. Counsel for both parties conferred via telephone and email on November 23 and 24, 2021. Defendants oppose the relief sought herein.

2. Federal Rules of Civil Procedure 5.2(f) provides that "a person making a redacted filing may also file an unreadacted copy under seal."

3. Absent a court order, the public shall have access to all documents filed with the court. D.C.COLO.LCivR 7.2(a).  However, D.C.COLO.LCivR 7.2(c) provides the process by which a party may file a motion to restrict public access.

1

4. Plaintiff requests this Court permit the filing of an unredacted version of the First Amended Complaint and Jury Demand (Document No. 32) in the above captioned matter under seal. The Amended Complaint and Jury Demand contains descriptions of communications, and facts or circumstances of which Mrs. Morales is only aware through her representation of client(s), and thus, such communications or facts are protected by the attorney-client privilege. Such redactions also preserve Defendants' ability to assert the same privilege.

5. Plaintiff files both a redacted and unredacted First Amended Complaint and Jury Demand, seeking only a seal on the unredacted version, to accomplish the presumption of public access, while concurrently filing an unredacted copy under seal, pursuant to F.R.C.P 5.2(f).

WHEREFORE, Plaintiff Mrs. Morales respectfully requests permission to file an unredacted version of her First Amended Complaint and Jury Demand (Document No. 32) under seal, pursuant to F.R.C.P. 5.2(f), in order to preserve attorney-client privileged information.

Respectfully submitted this 24th day of November, 2021.

OGBORN MIHM, LLP

*/s/ Emily R. Stevens*
Clayton E. Wire, #41717
Emily R. Stevens, #49089
OGBORN MIHM, LLP
1700 Lincoln Street, Suite 2700
Denver, Colorado 80203
Phone: 303-592-5900
Fax:    303-592-5910
Clayton.Wire@omtrial.com
Emily.Stevens@omtrial.com
*Attorneys for Plaintiff*