IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 1:21-cv-01262-WJM-STV

ALESSANDRA MORALES, ESQ.,

    Plaintiff,

v.

MCDIVITT LAW FIRM, P.C.,
LAW FIRM OF MICHAEL W. MCDIVITT, P.C., and
MICHAEL W. MCDIVITT, ESQ.,

    Defendants.

**JOINT REPORT REGARDING STATUS OF SETTLEMENT**

Pursuant to the Court's Minute Order dated January 3, 2023 [ECF #72], Plaintiff Alessandra Morales, Esq. and Defendants McDivitt Law Firm, P.C., Law Firm of Michael W. McDivitt, P.C., and Michael W. McDivitt, Esq. (collectively, the "Parties"), by and through their undersigned counsel, submit this Joint Report Regarding the Status of Settlement, stating as follows:

    1.    On December 29, 2022, the Parties filed a Joint Notice of Settlement and Request to Continue Deadlines ("Joint Notice") [ECF #71], notifying the Court that they had settled all claims in this case in principle.

    2.    The Parties indicated in the Joint Notice that they would file a Stipulation for Dismissal after executing the settlement and release agreement and requested that the Court continue the remaining case deadlines in the interim. *See* ECF #71.

3. On January 3, 2023, the Court entered a Minute Order, ordering that the Parties "file dismissal papers or a report regarding the status of settlement on or before 1/24/2023." ECF #72.

4. The Parties hereby report that they have agreed to and executed a settlement and release agreement, and that they anticipate filing dismissal papers on or before February 6, 2023.

Respectfully submitted this 24th day of January, 2023.

| | |
|---|---|
| *s/ Clayton E. Wire* | *s/ David C. Gartenberg* |
| Clayton E. Wire | David C. Gartenberg |
| Emily R. Stevens | Carolyn B. Theis |
| OGBORN MIHM, LLP | LITTLER MENDELSON, P.C. |
| 1700 Lincoln Street, Suite 2700 | 1900 16th Street, Suite 800 |
| Denver, CO 80203 | Denver, CO 80202 |
| Phone: 303-590-5902 | Tel: (303) 629-6200 |
| Fax: 303-592-5912 | dgartenberg@littler.com |
| Clayton.Wire@OMTrial.com | catheis@littler.com |
| Emily.Stevens@OMTrial.com | |
| | *Attorneys for Defendants* |
| *Attorneys for Plaintiff* | |

4889-9521-6460.1 / 104998-1003