UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:21-cv-01262-WJM-STV

ALESSANDRA MORALES, Esq.,

    Plaintiff,

v.

MCDIVITT LAW FIRM, P.C., LAW FIRM OF MICHAEL W. MCDIVITT, P.C., and MICHAEL W. MCDIVITT, Esq.,

    Defendants.

## JOINT STIPULATION TO DISMISS WITH PREJUDICE
## PURSUANT TO FRCP 41(a)(1)(A)(ii)

Plaintiff, Alessandra Morales, Esq., and Defendants, McDivitt Law Firm, P.C., Law Firm of Michael W. McDivitt, P.C., and Michael W. McDivitt, Esq., by and through their respective attorneys, hereby submit this Joint Stipulation to Dismiss with Prejudice Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

The parties hereby stipulate to dismissal of the above captioned matter, with prejudice, each party to bear its own fees and costs.

**DATED** this 6th day of February, 2023.

Respectfully submitted,

**OGBORN MIHM LLP**

/s/ Clayton E. Wire
Clayton E. Wire
Emily R. Stevens
OGBORN MIHM, LLP
1700 Lincoln Street, Suite 2700
Denver, CO 80203
Phone: 303-592-5900
Fax: 303-592-5910
Clayton.Wire@OMTrial.com
Emily.Stevens@OMTrial.com

*Attorneys for Plaintiff*

**LITTLER MENDELSON PC**

s/ David Gartenberg
Carolyn B. Theis
David C. Gartenberg
LITTLER MENDELSON PC
1900 16th Street, Suite 800
Denver, CO 80202
Tel: 303-629-6200
dgartenberg@littler.com
catheis@littler.com

*Attorneys for Defendants*

# CERTIFICATE OF SERVICE

  I hereby certify that on February 6, 2023 a true and correct copy of the foregoing document was filed via CM/ECF to the following:

David C. Gartenberg
Carolyn B. Theis
LITTLER MENDELSON PC
1900 16th Street, Suite 800
Denver, CO 80202
Tel: 303-629-6200
dgartenberg@littler.com
catheis@littler.com

*Attorneys for Defendants*

              */s/ Emma Lenhart*
              Emma Lenhart